# Certificate of Debtor Education

I certify that on 08/26/2026, Rhonda Sannicolas

completed a course on personal financial management given by Sage Personal Finance,

an approved provider of debtor education in the Middle District of Alabama .

Case number: 22-80941

Certificate number: ALM22-809414995355

Signed: /s/ Allison Geving, Ph.D.

Title: President, Sage Personal Finance